**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-1292

Peter T. Dazzio

- - Versus - -

City Parish of Baton Rouge and City of Baton Rouge Red
Light Enforcement Program

19th Judicial District Court
Case #: 700899
East Baton Rouge Parish

On Application for Rehearing filed on 05/04/2022 By Peter T. Dazzio

Rehearing _denied_

Vanessa Guidry Whipple

Allison H. Penzato

Elizabeth Wolfe

Date ___MAY 1 2 2022___

Rodd Naquin, Clerk